No. ——, October Term, 1968. IN RE SKOLNICK, 395 U. S. 942;

No. ——, October Term, 1968. IN RE ALBRIGHT, 395 U. S. 942;

No. 200, October Term, 1968. FRANK *v.* UNITED STATES, 395 U. S. 147;

No. 216, October Term, 1968. MARTONE *v.* MORGAN ET AL., 393 U. S. 12;

No. 548, October Term, 1968. JENKINS *v.* MC-KEITHEN, GOVERNOR OF LOUISIANA, ET AL., 395 U. S. 411;

No. 573, October Term, 1968. NATIONAL LABOR RELATIONS BOARD *v.* GISSEL PACKING CO., INC., ET AL., 395 U. S. 575;

No. 670, October Term, 1968. BANKS *v.* CALIFORNIA, 395 U. S. 708;

No. 770, October Term, 1968. CHIMEL *v.* CALIFORNIA, 395 U. S. 752;

No. 995, October Term, 1968. HOWARD *v.* UNITED STATES, 395 U. S. 958;

No. 1089, October Term, 1968. LEVINSON ET AL. *v.* UNITED STATES, 395 U. S. 958;

No. 1162, October Term, 1968. DANICA ENTERPRISES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE, 395 U. S. 933;

No. 1163, October Term, 1968. SMITH *v.* UNITED STATES, 395 U. S. 977;

No. 1244, October Term, 1968. RADIO CORPORATION OF AMERICA *v.* SCM CORP., 395 U. S. 943;

No. 1253, October Term, 1968. WILSON *v.* UNITED STATES, 395 U. S. 923; and

No. 1266, October Term, 1968. DLUTZ *v.* FEDERAL TRADE COMMISSION, 395 U. S. 936. Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.